UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11mj64 |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| KYLE SHAFFER | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Information in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: January 20, 2012

_____
Dennis L. Howell
United States Magistrate Judge